TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00716-CV

Jerry E. Roznovak and Hilda Roznovak, Appellants

v.

Williamson County, Texas, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 26TH JUDICIAL DISTRICT

NO. 96-353-C26, HONORABLE C. W. DUNCAN, JR., JUDGE PRESIDING 

PER CURIAM

 Jerry E. Roznovak and Hilda Roznovak have filed a motion to dismiss this appeal. 
We grant the motion in accordance with the settlement agreement and, leaving the trial court
judgment intact, dismiss this appeal. See Tex. R. App. P. 42.1(a)(2). Appellants' Second Agreed
Motion to Extend Deadline for Designation of Record is dismissed as moot.

Before Justices Jones, B. A. Smith and Yeakel

Dismissed on Appellants' Motion

Filed: July 15, 1999

Do Not Publish